# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joel SALINAS | ) | Case No. 7:23-mj-0819 |
| YOB: 1972 | ) | |
| COC: United States | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 28, 2023** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 554 | Illegally smuggling a firearm from the United States to Mexico. |

This criminal complaint is based on these facts:

See ATTACHMENT "A"

United States Courts
Southern District of Texas
FILED

*April 28, 2023*

Nathan Ochsner, Clerk of Court

☑ Continued on the attached sheet.

Approved by AUSA Jose Garcia

/s/ David T. Racca
*Complainant's signature*

David T. Racca, Special Agent, HSI
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Sworn to before me and signed in my presence.

Date: 4/28/2023 @ 10:40 p.m.

*Judge's signature*

City and state: McAllen, Texas

Honorable Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

**Attachment "A"**

I, David T. Racca, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On April 28, 2023, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection (CBP) Office of Field Operations at the Hidalgo Port of Entry (POE) in Hidalgo, Texas. CBP Officers (CBPOs) detained Joel SALINAS (hereinafter SALINAS), a United States citizen, while attempting to depart the U.S. with an undeclared firearm concealed under the back seats of the vehicle he was driving.

2. Upon arrival at the Hidalgo POE, CBPOs referred SALINAS and the vehicle to secondary inspection for an intensive examination. During secondary inspection, officers conducted a physical search of the vehicle and located one AK-47 style rifle and one drum magazine concealed in a stock compartment underneath the back seats.

3. Homeland Security Investigations (HSI) and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (SA) responded to the Hidalgo POE to assist in the investigation. The SAs and a CBPO Task Force Officer (TFO) interviewed SALINAS who stated that he was crossing the vehicle to visit family in Reynosa, Tamaulipas, Mexico. SALINAS later admitted that there was an AK-47 rifle concealed in the vehicle he was driving. SALINAS stated that the rifle was a gift for his uncle who lives in Mexico and can't get firearms because he had been deported from the United States. SALINAS stated that he knew it was illegal to bring weapons into Mexico from the United States and stated that he did not have a license to do so legally.

4. SALINAS stated that he has a prior state felony conviction and that he is aware he is not legally permitted to possess a firearm.