United States District Court
Southern District of Texas
FILED

AUG 24 2023

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-23-0749-S2 |
| § | |
| JOEL SALINAS § | |

## AMENDED SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about April 28, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOEL SALINAS**

did fraudulently and knowingly export and send from the United States, attempt to export and send from the United States to the United Mexican States, any merchandise, article, or object, to wit: one Romarm/Cuigar, Model WASR-10, 7.62x39mm caliber rifle, without a license or written approval from the United States Department of Commerce, as required by Title 50, United States Code, Sections 4819 and Title 15, Code of Federal Regulations, Sections 730-774.

In violation of Title 18, United States Code, Sections 554(a) and 2.

### Count Two

On or about April 28, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOEL SALINAS**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, for Burglary of Habitation with intent to commit theft, in the 184th District Court of Harris County, Texas, on May 09, 2003, in cause number 930963, did knowingly and

unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Romarm/Cuigar, Model WASR-10, 7.62x39mm caliber rifle.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### NOTICE OF FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c) the United States gives notice to defendant,

### JOEL SALINAS

That upon conviction of a violation of Title 18 U.S.C. §922 or §554 as charged in this indictment, all firearms involved in said violation and all merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to the following:

Romarm/Cuigar, model WASR-10, 7.62x39mm caliber rifle, S/N A1-36595-15, and

One drum magazine

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY